IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID TURNER and ANITA TURNER, his wife, | ) ) ) | CIVIL DIVISION |
| Plaintiffs, | ) ) | CASE NO. 2011-982 |
| vs. | ) ) | |
| O & G INVESTMENT HOLDINGS, INC., an Ohio corporation, JAY G. HENTHORNE, JR. and JASON F. HENTHORNE, | ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

**ORDER OF COURT**

AND NOW, this 3d day of Jun, 2012, it is hereby ORDERED ~~that Plaintiffs are granted leave to file a~~ GLC ~~Supplemental Brief in Support~~ of their Motion ~~to Dismiss, or, in the alternative,~~ this Honorable Court hereby takes into consideration the recent findings in the case of *Richmond v. McHale*, 2012 Pa. Super.1, ___ A.2d ___, 2012 Pa.Super. Lexis 2 (Pa.Super. 2012).

BY THE COURT:

_____ J.