IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID TURNER AND ANITA TURNER, his wife, | ) ) ) Civil Action No. 11-982 |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| O&G INVESTMENT HOLDINGS, INC., an Ohio Corporation, JAY G. HENTHORNE, JR. and JASON F. HENTHORNE, | ) ) ) ) ) ) |
| Defendants. | ) ) |

**ORDER**

AND NOW, this **3rd** day of **May**, 2012, IT IS SO ORDERED. The Court is directed to mark this case CLOSED.

BY THE COURT,

*/s/ Gary L. Lancaster*
Honorable Gary L. Lancaster,
Chief United States District Judge

2